# NEW CRIMINAL CASE COVER SHEET      **U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**    ◯YES   ◉NO       **DOCKET NUMBER:** | 3:26-CR-110-SCR

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** ·      **:US vs** SEAN AIKEE LEVERETTE

**COUNTY OF OFFENSE**    :    MECKLENBURG

**RELATED CASE INFORMATION**    :    3:24-CR-219

*Magistrate Judge Case Number*    :

*Search Warrant Case Number*    :

*Miscellaneous Case Number*    :

*Rule 20b*    :

**SERVICE OF PROCESS**    :    ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯Petty    ◯Misdemeanor    ◉Felony

18 U.S.C. § 922(g)(1)

**JUVENILE:**    ◯ Yes    ◉ No

**ASSISTANT U. S. ATTORNEY**    :    STEPHANIE SPAUGH

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED**    :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )